## UNITED STATES BANKRUPTCY COURT
## DISTRICT OF COLORADO

| | | |
|---|---|---|
| In re: | § | |
| | § | |
| GEIGER, GENE C | § | Case No. 11-11634 EEB |
| | § | |
| Debtor(s) | § | |

## TRUSTEE'S FINAL REPORT (TFR)

The undersigned trustee hereby makes this Final Report and states as follows:

1. A petition under chapter 7 of the United States Bankruptcy Code was filed on 01/31/2011 . The undersigned trustee was appointed on 02/01/2011 .

2. The trustee faithfully and properly fulfilled the duties enumerated in 11 U.S.C. §704.

3. All scheduled and known assets of the estate have been reduced to cash, released to the debtor as exempt property pursuant to 11 U.S.C. § 522, or have been or will be abandoned pursuant to 11 U.S.C. § 554. An individual estate property record and report showing the disposition of all property of the estate is attached as **Exhibit A**.

4. The trustee realized gross receipts of    $   3,206,671.78

Funds were disbursed in the following amounts:

| | |
|---|---:|
| Payments made under an interim disbursement | 0.00 |
| Administrative expenses | 689,345.39 |
| Bank service fees | 9.70 |
| Other payments to creditors | 1,363,398.32 |
| Non-estate funds paid to 3rd Parties | 0.00 |
| Exemptions paid to the debtor | 0.00 |
| Other payments to the debtor | 0.00 |
| Leaving a balance on hand of[1]   $ | 1,153,918.37 |

The remaining funds are available for distribution.

---

[1] The balance of funds on hand in the estate may continue to earn interest until disbursed. The interest earned prior to disbursement will be distributed pro rata to creditors within each priority category. The trustee may receive additional compensation not to exceed the maximum compensation set forth under 11 U.S.C. §326(a) on account of the disbursement of the additional interest.

UST Form 101-7-TFR (5/1/2011) (Page: 1)

5. Attached as **Exhibit B** is a cash receipts and disbursements record for each estate bank account.

6. The deadline for filing non-governmental claims in this case was 08/19/2011 and the deadline for filing governmental claims was 07/29/2011. All claims of each class which will receive a distribution have been examined and any objections to the allowance of claims have been resolved. If applicable, a claims analysis, explaining why payment on any claim is not being made, is attached as **Exhibit C**.

7. The Trustee's proposed distribution is attached as **Exhibit D**.

8. Pursuant to 11 U.S.C. § 326(a), the maximum compensation allowable to the trustee is $ 119,450.15 . To the extent that additional interest is earned before case closing, the maximum compensation may increase.

The trustee has received $ 0.00 as interim compensation and now requests a sum of $ 119,450.15 , for a total compensation of $ 119,450.15 [2]. In addition, the trustee received reimbursement for reasonable and necessary expenses in the amount of $ 0.00 , and now requests reimbursement for expenses of $ 390.48 , for total expenses of $ 390.48 [2].

Pursuant to Fed R Bank P 5009, I hereby certify, under penalty of perjury, that the foregoing report is true and correct.

Date: 01/23/2012            By:/s/Jeffrey A. Weinman
                                              Trustee

**STATEMENT**: This Uniform Form is associated with an open bankruptcy case, therefore, Paperwork Reduction Act exemption 5 C.F.R. § 1320.4(a)(2) applies.

---

[2] If the estate is administratively insolvent, the dollar amounts reflected in this paragraph may be higher than the amounts listed in the Trustee's Proposed Distribution (Exhibit D).

UST Form 101-7-TFR (5/1/2011) *(Page: 2)*

FORM 1
INDIVIDUAL ESTATE PROPERTY RECORD AND REPORT
ASSET CASES

Page: 1
Exhibit A

Case No: 11-11634 EEB Judge: ELIZABETH E. BROWN
Case Name: GEIGER, GENE C

Trustee Name: Jeffrey A. Weinman
Date Filed (f) or Converted (c): 01/31/11 (f)
341(a) Meeting Date: 02/25/11
Claims Bar Date: 08/19/11

For Period Ending: 01/23/12

| 1 | 2 | 3 | 4 | 5 | 6 |
|---|---|---|---|---|---|
| Asset Description (Scheduled and Unscheduled (u) Property) | Petition/ Unscheduled Values | Estimated Net Value (Value Determined by Trustee, Less Liens, Exemptions, and Other Costs) | Property Abandoned OA=554(a) DA=554(c) | Sale/Funds Received by the Estate | Asset Fully Administered (FA)/ Gross Value of Remaining Assets |
| 1. 10327 WOODHAVEN RIDGE ROAD PARKER, COLORADO 80134 | 3,250,000.00 | 3,050,176.71 | | 3,050,176.71 | FA |
| 2. CASH ON HAND ON PERSON, IN POSSESSION, OR UNDER CO | 25.00 | 0.00 | DA | 0.00 | FA |
| 3. CHASE BANK - CHECKING ACCOUNT #5747 13151 PARKER, | 70.00 | 138.60 | | 138.60 | FA |
| 4. US BANK - CHECKING ACCOUNT # 8600 16961 LINCOLN AV | 125.00 | 0.00 | DA | 0.00 | FA |
| 5. *TOTAL OF ALL HOUSEHOLD GOODS $2,990.00 | 0.00 | 0.00 | DA | 0.00 | FA |
| 6. FAMILY ROOM - LARGE TRINITON SONY TV, AIR HOCKEY, | 200.00 | 0.00 | DA | 0.00 | FA |
| 7. FAMILY ROOM - SECTIONAL COUCH, RUG, END TABLES | 200.00 | 0.00 | DA | 0.00 | FA |
| 8. GARAGE - DIXON LAWNMOWER, MISCELLANEOUS LAWN TOOLS | 275.00 | 0.00 | DA | 0.00 | FA |
| 9. KITCHEN - DISHTOWELS, HOT PADS, FLATWARE, GLASSES, | 75.00 | 0.00 | DA | 0.00 | FA |
| 10. KITCHEN - STOVE, MICROWAVE, REFRIGERATOR - BUILT I | 0.00 | 0.00 | DA | 0.00 | FA |
| 11. KITCHEN - TABLE AND CHAIRS | 125.00 | 0.00 | DA | 0.00 | FA |
| 12. LIVING ROOM - COUCHES, WING BACK CHAIRS, OTTOMAN, | 125.00 | 0.00 | DA | 0.00 | FA |
| 13. LIVING ROOM - DISPAY FOR COLLECTIBLE CARS, WIRE BA | 75.00 | 0.00 | DA | 0.00 | FA |
| 14. MASTER BEDROOM - KING SIZE BED, NIGHT STANDS, RUG, | 225.00 | 0.00 | DA | 0.00 | FA |
| 15. MISCELLANEOUS HOUSEHOLD GOODS, CLEANING SUPPLIES, | 150.00 | 0.00 | DA | 0.00 | FA |
| 16. OFFICE - COMPUTER, PRINTER, CORDLESS PHONE, MONITO | 350.00 | 0.00 | DA | 0.00 | FA |
| 17. PS3 AND GAMES | 100.00 | 0.00 | DA | 0.00 | FA |
| 18. RUGS (MISCELLANEOUS) | 25.00 | 0.00 | DA | 0.00 | FA |
| 19. MISCELLANEOUS BOOKS | 75.00 | 0.00 | DA | 0.00 | FA |
| 20. CLOTHING - CHILDREN'S | 650.00 | 0.00 | DA | 0.00 | FA |
| 21. CLOTHING - MEN'S | 850.00 | 0.00 | DA | 0.00 | FA |
| 22. MISCELLANEOUS JEWELRY & WATCHES | 135.00 | 0.00 | DA | 0.00 | FA |
| 23. MISCELLANEOUS SPORTS AND RECREATIONAL EQUIPMENT - | 100.00 | 3,000.00 | | 3,000.00 | FA |
| 24. CHILD SUPPORT - $266.00 PER MONTH | 0.00 | 0.00 | DA | 0.00 | FA |
| 25. CONNIE GEIGER - CHILD SUPPORT - NOT COLLECTIBLE - | 0.00 | 0.00 | DA | 0.00 | FA |
| 26. DOGS (3) | 50.00 | 0.00 | DA | 0.00 | FA |
| 27. *UNLESS OTHERWISE NOTED ALL ASSETS LISTED ON SCHED | 0.00 | 0.00 | DA | 0.00 | FA |

FORM 1
## INDIVIDUAL ESTATE PROPERTY RECORD AND REPORT
### ASSET CASES

Page: 2
Exhibit A

| Case No.: | 11-11634 EEB Judge: ELIZABETH E. BROWN |
|---|---|
| Case Name: | GEIGER, GENE C |

| Trustee Name: | Jeffrey A. Weinman |
|---|---|
| Date Filed (f) or Converted (c): | 01/31/11 (f) |
| 341(a) Meeting Date: | 02/25/11 |
| Claims Bar Date: | 08/19/11 |

| 1 | 2 | 3 | 4 | 5 | 6 |
|---|---|---|---|---|---|
| Asset Description (Scheduled and Unscheduled (u) Property) | Petition/ Unscheduled Values | Estimated Net Value (Value Determined by Trustee, Less Liens, Exemptions, and Other Costs) | Property Abandoned OA=554(a) DA=554(c) | Sale/Funds Received by the Estate | Asset Fully Administered (FA)/ Gross Value of Remaining Assets |
| 28. VACATION/PERSONAL/PAID TIME OFF (NOT REDEEMABLE FO | 0.00 | 0.00 | DA | 0.00 | FA |
| 29. WAGES & DEPOSITS OF WAGES | 0.00 | 0.00 | DA | 0.00 | FA |
| 30. PERSONAL PROPERTY NOT LISTED (u) | 0.00 | 150,000.00 | | 150,000.00 | FA |
| 31. INTEREST FROM CDAR (u) | 0.00 | 3,356.47 | | 3,356.47 | FA |

TOTALS (Excluding Unknown Values)     $3,254,005.00     $3,206,671.78     $3,206,671.78

Value of Remaining Assets
$0.00
(Total Dollar Amount in Column 6)

Major activities affecting case closing which are not reflected above, and matters pending, date of hearing or sale, and other action:

RE PROP# 30---Items on Bill of Sale attached as Exhibit C to Docket No. 89 - all washers and dryers,
all flat screen TVs, home theater and all equipment, all electronics for smart home, auxiliary
generator, lawn mower and all attachments, theater chairs, all lighting fixtures and control units,
and all other fixtures attached to the home.

Initial Projected Date of Final Report (TFR): 12/31/12     Current Projected Date of Final Report (TFR): 12/31/12

/s/ Jeffrey A. Weinman     Date: 01/23/12
JEFFREY A. WEINMAN

FORM 2  
ESTATE CASH RECEIPTS AND DISBURSEMENTS RECORD

Page: 1

Exhibit B

| Case No: | 11-11634 -EEB | Trustee Name: | Jeffrey A. Weinman |
|---|---|---|---|
| Case Name: | GEIGER, GENE C | Bank Name: | BANK OF AMERICA |
| | | Account Number / CD #: | *******7726 Money Market - Interest Bearing |
| Taxpayer ID No: | *******5491 | | |
| For Period Ending: | 01/23/12 | Blanket Bond (per case limit): | $ 86,297,230.00 |
| | | Separate Bond (if applicable): | |

| 1 | 2 | 3 | 4 | 5 | 6 | 7 |
|---|---|---|---|---|---|---|
| Transaction Date | Check or Reference | Paid To / Received From | Description Of Transaction | Uniform Trans. Code | Deposits ($) | Disbursements ($) | Account / CD Balance ($) |

| Transaction Date | Check/Ref | Paid To / Received From | Description Of Transaction | Uniform Trans. Code | Deposits ($) | Disbursements ($) | Account / CD Balance ($) |
|---|---|---|---|---|---|---|---|
| | | | BALANCE FORWARD | | | | 0.00 |
| 04/01/11 | 3 | JPMORGAN CHASE BANK | FUNDS IN BANK ACCOUNT | 1129-000 | 138.60 | | 138.60 |
| 06/01/11 | 30 | SHANE AND ERIC NOWAK | SALE OF PERSONAL PROPERTY | 1229-000 | 150,000.00 | | 150,138.60 |
| 06/01/11 | | AMERICAN TITLE SERVICES CO. | SALE OF REAL PROPERTY | | 1,682,372.51 | | 1,832,511.11 |
| | | AMERICAN TITLE INSURANCE CO. | Memo Amount:  ( 6,860.00 )  CLOSING COSTS | 2500-000 | | | |
| | | CASTLE STAWIARSKI, LLC | Memo Amount:  ( 1,347,837.26 )  PAYMENT OF FIRST MORTGAGE | 4110-000 | | | |
| | | DOUGLAS COUNTY TREASURER | Memo Amount:  ( 13,106.94 )  REAL PROPERTY TAXES | 4700-000 | | | |
| | 1 | | Memo Amount:  3,050,176.71  SALE OF REAL PROPERTY | 1110-000 | | | |
| 06/15/11 | 000101 | HUNTINGTON PROPERTIES, LLC | REAL ESTATE BROKER FEES  Court Order dated 6/14/11 | 3510-003 | | 73,200.00 | 1,759,311.11 |
| 06/15/11 | 000101 | HUNTINGTON PROPERTIES, LLC | REAL ESTATE BROKER FEES | 3510-003 | | -73,200.00 | 1,832,511.11 |
| 06/15/11 | 000102 | WEICHERT REALTORS  TODD FINLEY  6377 S. REVERE PARKWAY, SUITE 400  CENTENNIAL, CO 80111 | REAL ESTATE BROKER FEES  Court Order dated 6/14/11  Pursuant to Rebecca Hite, realtor for Huntington Properties, $85,400 of the total commission approved by the Court goes directly to Weichert Realtors | 3510-003 | | 85,400.00 | 1,747,111.11 |
| 06/15/11 | 000102 | WEICHERT REALTORS  TODD FINLEY  6377 S. REVERE PARKWAY, SUITE 400  CENTENNIAL, CO 80111 | REAL ESTATE BROKER FEES | 3510-003 | | -85,400.00 | 1,832,511.11 |
| 06/15/11 | 000103 | WEICHERT REALTOR UNIQUE HOMES  6377 S. REVERE PARKWAY, SUITE 400  CENTENNIAL, CO 80111 | REAL ESTATE BROKER FEES  Court Order dated 6/14/11 | 3510-000 | | 85,400.00 | 1,747,111.11 |
| 06/15/11 | 000104 | REBECCA HITE  6025 S. QUEBEC ST.  GREENWOOD VILLAGE, CO 80111 | REAL ESTATE BROKER FEES  Court Order dated 6/14/11 | 3510-000 | | 73,200.00 | 1,673,911.11 |
| 07/11/11 | 000105 | EVANS RANCH OWNER'S ASSOCIATION  C/O CANDA HANSEN, TREASURER  10545 REMMICK RIDGE ROAD  PARKER, CO 80134 | HOA DUES  SALE OF 10327 WOODHAVEN RIDGE RD. -  Court Order dated 6/29/11 | 4110-000 | | 2,454.12 | 1,671,456.99 |
| 07/11/11 | 000106 | FIRST WESTERN TRUST BANK  ATTN: GARROD MOLTZ  233 MILWAUKEE STREET  DENVER, CO 80206 | FUNDS TRANSFER TO CDAR ACCOUNT | 9999-002 | | 1,000,000.00 | 671,456.99 |
| 08/23/11 | 000107 | FIRST WESTERN TRUST BANK | TRANSFER TO CD | 9999-002 | | 150,000.00 | 521,456.99 |
| 08/29/11 | 23 | SHANE AND ERIN NOWAK | VALUE OF GYM EQUIPMENT | 1129-000 | 3,000.00 | | 524,456.99 |
| 09/22/11 | 000108 | Allen & Vellone, P.C.  1600 Stout Street, Suite 1100  Denver, CO 80202 | STIPULATION WITH GETRADO  Court Order dated 8/16/11 | 2990-000 | | 21,000.00 | 503,456.99 |
| 09/23/11 | 000109 | ALLEN & VELLONE, P.C.  ATTN: PAT VELLONE, ESQ.  1600 STOUT STREET, SUITE 1100  DENVER, CO 80202 | ATTORNEY FEES  Court Order dated 9/22/11 | 3210-000 | | 500,000.00 | 3,456.99 |
| 10/31/11 | | BANK OF AMERICA | BANK SERVICE FEE | 2600-000 | | 4.40 | 3,452.59 |
| 11/03/11 | 000110 | JEFFREY A. PARRIS, CPA | ACCOUNTANT FEE | | | 975.00 | 2,477.59 |

FORM 2
ESTATE CASH RECEIPTS AND DISBURSEMENTS RECORD

Page: 2

Exhibit B

| Case No: | 11-11634 -EEB |
| Case Name: | GEIGER, GENE C |
| Taxpayer ID No: | *******5491 |
| For Period Ending: | 01/23/12 |

| Trustee Name: | Jeffrey A. Weinman |
| Bank Name: | BANK OF AMERICA |
| Account Number / CD #: | *******7726 Money Market - Interest Bearing |

Blanket Bond (per case limit): $ 86,297,230.00
Separate Bond (if applicable):

| 1 | 2 | 3 | 4 | | 5 | 6 | 7 |
|---|---|---|---|---|---|---|---|
| Transaction Date | Check or Reference | Paid To / Received From | Description Of Transaction | Uniform Trans Code | Deposits ($) | Disbursements ($) | Account / CD Balance ($) |
| | | 910 16th Street<br>Suite 800<br>Denver, CO 80202 | Court Order dated 11/2/11 | | | | |
| | | | Fees  875.00 | 3410-000 | | | 2,477.59 |
| | | | Expenses  100.00 | 3420-000 | | | 2,477.59 |
| 11/30/11 | | BANK OF AMERICA | BANK SERVICE FEE | 2600-000 | | 3.38 | 2,474.21 |
| 12/01/11 | 000111 | INTERNATIONAL SURETIES, LTD<br>ONE SHELL SQUARE<br>701 POYDRAS STREET, SUITE 420<br>NEW ORLEANS, LA 70139 | Bond Premium | 2300-000 | | 558.99 | 1,915.22 |
| 12/09/11 | 000112 | U.S. Marshal Service<br>901 19th Street, 3rd Floor<br>Denver, CO 80294 | SERVICES<br>Court Order dated 12/9/11 | 3991-000 | | 1,351.40 | 563.82 |
| 12/30/11 | | BANK OF AMERICA | BANK SERVICE FEE | 2600-000 | | 1.92 | 561.90 |
| 01/13/12 | 31 | FIRST WESTERN TRUST BANK | TRANSFER FROM CDAR | | 1,153,356.47 | | 1,153,918.37 |
| | | | Memo Amount:  1,150,000.00 | 9999-000 | | | |
| | | | Memo Amount:  3,356.47<br>INTEREST | 1270-000 | | | |

| Memo Receipts: | 4,203,533.18 |
| Memo Disbursements: | 1,367,804.20 |
| Memo Allocation Net: | 2,835,728.98 |

| Account<br>*******7726 | | Balance Forward | 0.00 | | 14 Checks | 1,834,939.51 |
|---|---|---|---|---|---|---|
| | 5 | Deposits | 2,988,867.58 | | 3 Adjustments Out | 9.70 |
| | 0 | Interest Postings | 0.00 | | 0 Transfers Out | 0.00 |
| | | Subtotal | $ 2,988,867.58 | | Total | $ 1,834,949.21 |
| | 0 | Adjustments In | 0.00 | | | |
| | 0 | Transfers In | 0.00 | | | |
| | | Total | $ 2,988,867.58 | | | |

PFORM2T4 UST Form 101-7-TFR (5/1/2011) (Page: 6)

Ver: 16.04e

| Page 1 | | EXHIBIT C<br>ANALYSIS OF CLAIMS REGISTER | | | Date: January 23, 2012 |
|---|---|---|---|---|---|
| Case Number: 11-11634<br>Debtor Name: GEIGER, GENE C<br>Claims Bar Date: 08/19/11 | | Claim Class Sequence | | | |

| Code # | Creditor Name & Address | Claim Class  Notes | Amount Allowed | Paid to Date | Claim Balance |
|---|---|---|---|---|---|
| 10<br>001<br>3410-00 | JEFFREY A. PARRIS, CPA<br>910 16th Street<br>Suite 800<br>Denver, CO 80202 | Administrative<br>ACCOUNTANT FEE<br>Accountant Fees/Expenses - Court Order dated 11/2/11 | $975.00 | $975.00 | $0.00 |
| | | 4437827726   11/03/11   110 | | 975.00 | |
| 11<br>999<br>2820-00 | COLORADO DEPARTMENT OF REVENUE<br>TAX COMPLIANCE DEPT.<br>P.O. BOX 13200<br>DENVER, CO 80201 | Administrative<br>SALES TAXES DUE FROM SALE OF ASSETS<br>Sales taxes from sale of personal property | $6,273.00 | $0.00 | $6,273.00 |
| 12<br>999<br>2820-00 | DOUGLAS COUNTY TREASURER<br>ATTN: ANGIE OIEN<br>P.O. BOX 1208<br>CASTLE ROCK, CO 80104 | Administrative<br>SALES TAXES DUE FROM SALE OF ASSETS<br>Sales taxes due from sale of personal property | $1,530.00 | $0.00 | $1,530.00 |
| 13<br>290<br>0290 | KUTNER MILLER BRINEN, P.C.<br>303 E. 17TH AVENUE<br>SUITE 500<br>DENVER, CO 80203 | Administrative<br>CHAPTER 7 ADMINISTRATIVE CLAIM<br>ADMINISTRATIVE EXPENSES CLAIM - COURT ORDER DATED 10/27/11 | $9,390.45 | $0.00 | $9,390.45 |
| 14<br>999<br>2300-00 | INTERNATIONAL SURETIES, LTD<br>ONE SHELL SQUARE<br>701 POYDRAS STREET, SUITE 420<br>NEW ORLEANS, LA 70139 | Administrative<br>Bond Premium<br>Bond Premium | $558.99 | $558.99 | $0.00 |
| | | 4437827726   12/01/11   111 | | 558.99 | |
| 15<br>290<br>0290 | U.S. Marshal Service<br>901 19th Street, 3rd Floor<br>Denver, CO 80294 | Administrative<br>SERVICES<br>Court Order dated 12/9/11<br>US Marshall Services - Court Order dated 12/9/11 | $1,351.40 | $1,351.40 | $0.00 |
| | | 4437827726   12/09/11   112 | | 1,351.40 | |
| 16<br>290<br>0290 | Connie Van Diest<br>c/o Sonja Ann Becker, P.C.<br>1026 Deer Clover Way<br>Castle Rock, CO 80108 | Administrative<br>Administrative Expense<br>Court Order dated 1/10/12<br>Administrative Expense pursuant to 11 USC Section 503(b) - Court Order dated 1/10/12 | $10,048.50 | $0.00 | $10,048.50 |
| 2<br>001<br>3510-00 | REBECCA HITE<br>6025 S. QUEBEC ST.<br>GREENWOOD VILLAGE, CO 80111 | Administrative<br>REAL ESTATE BROKER FEES<br>Real Estate Commission - Court Order dated 6/14/11 (Pursuant to Rebecca Hite, realtor for Huntington Properties, $85,400 of the total commission approved by the Court of $158,600 goes directly to Weichert Realtors and she requested that the Estate cut the check directly to Weichert Realtors) | $73,200.00 | $73,200.00 | $0.00 |
| | | 4437827726   06/15/11   104 | | 73,200.00 | |
| 3<br>001<br>3510-00 | WEICHERT REALTOR UNIQUE HOMES<br>6377 S. REVERE PARKWAY, SUITE 400 | Administrative<br>REAL ESTATE BROKER FEES<br>Real Estate Commission - Court Order dated 6/14/11 approving total commissions of $158,600. Pursuant to Rebecca Hite, realtor for Huntington Properties, $85,400 of the total commission | $85,400.00 | $85,400.00 | $0.00 |

| Page 2 | | EXHIBIT C<br>ANALYSIS OF CLAIMS REGISTER | | | Date: January 23, 2012 |
|---|---|---|---|---|---|

Case Number: 11-11634  
Debtor Name: GEIGER, GENE C  
Claims Bar Date: 08/19/11

Claim Class Sequence

| Code # | Creditor Name & Address | Claim Class | Notes | Amount Allowed | Paid to Date | Claim Balance |
|---|---|---|---|---|---|---|
| | CENTENNIAL, CO 80111 | | approved by the Court goes directly to Weichert Realtors and she requested that the Estate cut the check directly to Weichert Realtors. | | | |
| | | | 4437827726   06/15/11   103 | | 85,400.00 | |
| 6<br>999<br>2500-00 | AMERICAN TITLE INSURANCE CO. | Administrative<br>CLOSING COSTS<br>SALE OF REAL PROPERT<br>CLOSING COSTS - SALE OF REAL PROPERTY | | $6,860.00 | $6,860.00 | $0.00 |
| | | | 4437827726   06/01/11   5 | | 6,860.00 | |
| 8<br>290<br>0290 | Allen & Vellone, P.C.<br>1600 Stout Street, Suite 1100<br>Denver, CO 80202 | Administrative<br>STIPULATION<br>Court Order dated 8/16/11<br>Settlement regarding Stipulation to Avoid Lien - Court Order dated 8/16/11 (Funds paid to Allen & Vellone, P.C. which were then wired to Getrado Limited by Allen & Vellone) | | $21,000.00 | $21,000.00 | $0.00 |
| | | | 4437827726   09/22/11   108 | | 21,000.00 | |
| 9<br>001<br>3210-00 | ALLEN & VELLONE, P.C.<br>ATTN: PAT VELLONE, ESQ.<br>1600 STOUT STREET, SUITE 1100<br>DENVER, CO 80202 | Administrative<br>ATTORNEY FEES<br>Court Order dated 9/22/11<br>Attorneys fees and expenses - Court Order dated 9/22/11 | | $509,854.30 | $500,000.00 | $9,854.30 |
| | | | 4437827726   09/23/11   109 | | 500,000.00 | |
| 000009A<br>560<br>0560 | Internal Revenue Service<br>P.O. Box 7346<br>Philadelphia, PA 19101-7346 | Priority | Filed 05/27/11<br>Priority portion of Claim No. 9-4 | $2,475.52 | $0.00 | $2,475.52 |
| 000024<br>552<br>0552 | Connie Van Diest<br>c/o Sonja Ann Becker, P.C.<br>1026 Deer Clover Way<br>Castle Rock, CO 80108 | Priority<br>Child Support | Filed 12/19/11 | $28,264.95 | $0.00 | $28,264.95 |
| 000001<br>610<br>0610 | Rick Landon<br>600 Sundance Place<br>Castle Rock, CO 80108 | Unsecured<br>Unsecured - Allow | Filed 04/26/11 | $138,268.88 | $0.00 | $138,268.88 |
| 000002<br>610<br>0610 | DC Builders, LLC<br>600 Sundance Place<br>Castle Rock, CO 80108 | Unsecured<br>Unsecured - Allow | Filed 04/26/11 | $12,432.34 | $0.00 | $12,432.34 |
| 000003<br>610<br>0610 | Castel Builders<br>600 Sundance Place<br>Castle Rock, CO 80108 | Unsecured<br>Unsecured - Allow | Filed 04/26/11 | $55,348.31 | $0.00 | $55,348.31 |

| Page 3 | | EXHIBIT C<br>ANALYSIS OF CLAIMS REGISTER | | | | Date: January 23, 2012 |
|---|---|---|---|---|---|---|
| Case Number: 11-11634<br>Debtor Name: GEIGER, GENE C<br>Claims Bar Date: 08/19/11 | | Claim Class Sequence | | | | |
| Code # | Creditor Name & Address | Claim Class | Notes | Amount Allowed | Paid to Date | Claim Balance |
| 000004<br>610<br>0610 | Colorado Department of Revenue<br>1375 Sherman Room 504<br>Denver, CO 80261 | Unsecured<br>Unsecured - Allow | Filed 05/20/11 | $49,040.45 | $0.00 | $49,040.45 |
| 000005<br>610<br>0610 | CANDICA, L.L.C.<br>C O WEINSTEIN AND RILEY, PS<br>2001 WESTERN AVENUE, STE 400<br>SEATTLE, WA 98121 | Unsecured<br>Unsecured - Allow | Filed 05/23/11 | $9,794.97 | $0.00 | $9,794.97 |
| 000006<br>610<br>0610 | Wells Fargo<br>c/o David N Franklin, Esq.<br>Charles B Darrah & Associates<br>99 Inca St<br>Denver, CO 80223 | Unsecured<br>Unsecured - Allow | Filed 05/24/11 | $7,803.00 | $0.00 | $7,803.00 |
| 000007<br>610<br>0610 | Wells Fargo<br>c/o David N Franklin, Esq.<br>Charles B Darrah & Associates<br>99 Inca St<br>Denver, CO 80223 | Unsecured<br>Unsecured - Allow | Filed 05/24/11 | $34,767.15 | $0.00 | $34,767.15 |
| 000008<br>610<br>0610 | RJM Acquisitions LLC<br>575 Underhill Blvd Suite 224<br>Syosset, NY 11791-3416 | Unsecured<br>Unsecured - Allow | Filed 05/26/11 | $2,460.42 | $0.00 | $2,460.42 |
| 000009B<br>610<br>0610 | Internal Revenue Service<br>P.O. Box 7346<br>Philadelphia, PA 19101-7346 | Unsecured | Filed 05/27/11<br>Unsecured portion of Claim No. 9-4 - Allow | $155,273.50 | $0.00 | $155,273.50 |
| 000010<br>610<br>0610 | Asset Accept. LLC<br>P.O. Box 2036<br>Warren, MI 48090-2036 | Unsecured<br>Unsecured - Allow | Filed 06/01/11 | $29,354.15 | $0.00 | $29,354.15 |
| 000011<br>610<br>0610 | Connie Van Diest<br>c/o Sonja Ann Becker, P.C.<br>1026 Deer Clover Way<br>Castle Rock, CO 80108 | Unsecured<br>Amended by Claim No. 24 | Filed 06/06/11 | $0.00 | $0.00 | $0.00 |
| 000012<br>610<br>0610 | Control Tech USA, Inc.<br>P.O. Box 2350<br>Parker, CO 80134 | Unsecured | Filed 06/09/11<br>Reclassified as unsecured - Allow | $44,718.03 | $0.00 | $44,718.03 |
| 000013<br>610<br>0610 | Margaret Smith<br>8186 S. Tempe Ct.<br>Aurora, CO 80016 | Unsecured<br>Unsecured - Allow | Filed 06/22/11 | $74,846.58 | $0.00 | $74,846.58 |
| 000014<br>610<br>0610 | SEC<br>1801 California Street #1500<br>Denver, CO 80202 | Unsecured<br>Unsecured - Allow | Filed 06/27/11 | $2,753,638.40 | $0.00 | $2,753,638.40 |
| 000015<br>610<br>0610 | Capital Recovery III LLC<br>c/o Recovery Management Systems<br>Corporat<br>25 SE 2nd Avenue Suite 1120<br>Miami FL 33131-1605 | Unsecured<br>Unsecured - Allow | Filed 07/11/11<br>(15-1) HSBC Bank Nevada National Association - Neiman Marcus | $10,493.75 | $0.00 | $10,493.75 |

| Page 4 | | EXHIBIT C<br>ANALYSIS OF CLAIMS REGISTER | | | | Date: January 23, 2012 |
|---|---|---|---|---|---|---|
| Case Number: 11-11634<br>Debtor Name: GEIGER, GENE C<br>Claims Bar Date: 08/19/11 | | | Claim Class Sequence | | | |
| Code # | Creditor Name & Address | Claim Class | Notes | Amount Allowed | Paid to Date | Claim Balance |
| 000016<br>610<br>0610 | Capital Recovery III LLC<br>c/o Recovery Management Systems Corporat<br>25 SE 2nd Avenue Suite 1120<br>Miami FL 33131-1605 | Unsecured<br>Unsecured - Allow | Filed 07/11/11<br>(16-1) CHASE BANK USA, N.A. | $31,940.94 | $0.00 | $31,940.94 |
| 000017<br>610<br>0610 | LTD Acquisition LLC<br>7322 SW Freeway #1600<br>Houston, TX 77074 | Unsecured<br>Unsecured - Allow<br>Chase | Filed 07/14/11 | $27,216.82 | $0.00 | $27,216.82 |
| 000018<br>610<br>0610 | Gerald Picerne<br>3531 S Logan St #D411<br>Englewood, CO 80113 | Unsecured<br>Reclassified to unsecured - Allow | Filed 07/18/11 | $19,368.34 | $0.00 | $19,368.34 |
| 000019<br>610<br>0610 | American Express Bank, FSB<br>c o Becket and Lee LLP<br>POB 3001<br>Malvern, PA 19355-0701 | Unsecured<br>Unsecured - Allow | Filed 07/18/11 | $24,116.23 | $0.00 | $24,116.23 |
| 000020<br>610<br>0610 | Nanci Avitable, Ph.D.<br>3615 S Tamarac Dr #130<br>Denver, CO 80237 | Unsecured<br>Unsecured - Allow | Filed 07/19/11 | $320.00 | $0.00 | $320.00 |
| 000021<br>610<br>0610 | Dennis Lacerte<br>12605 E Euclid Dr<br>Centennial, CO 80111 | Unsecured<br>Unsecured - Allow | Filed 08/04/11 | $19,792.73 | $0.00 | $19,792.73 |
| 000022<br>610<br>0610 | Connie Van Diest<br>c/o Sonja Ann Becker, P.C.<br>1026 Deer Clover Way<br>Castle Rock, CO 80108 | Unsecured<br>Amended by Claim No. 23 | Filed 08/16/11 | $0.00 | $0.00 | $0.00 |
| 000023<br>610<br>0610 | Connie Van Diest<br>c/o Sonja Ann Becker, P.C.<br>1026 Deer Clover Way<br>Castle Rock, CO 80108 | Unsecured<br>Unsecured - Allow | Filed 08/18/11 | $75,000.00 | $0.00 | $75,000.00 |
| 7<br>999<br>8500-00 | First Western Trust Bank | Unsecured<br>TRANSFER FUNDS FROM MONEY MARKET<br>TO CDAR ACCOUNT AT FIRST WESTERN TRUST BANK<br>Funds transfer to CDAR account | | $1,000,000.00 | $0.00 | $1,000,000.00 |
| 9C<br>630<br>0630 | Internal Revenue Service<br>P.O. Box 7346<br>Philadelphia, PA 19101-7346 | Unsecured<br>Penalty Portion of Claim No. 9-4 - Allow - subordintated | | $48,486.91 | $0.00 | $48,486.91 |
| 1<br>100<br>0100 | EVANS RANCH OWNER'S ASSOCIATION<br>C/O CANDA HANSEN, TREASURER<br>10545 REMMICK RIDGE ROAD<br>PARKER, CO 80134 | Secured<br>HOA DUES<br>SALE OF 10327 WOODHAVEN RIDGE RD.<br>HOA DUES - SALE OF 10327 WOODHAVEN RIDGE RD., PARKER, CO - See Court Order<br>dated 6/29/11 | | $2,754.12 | $2,454.12 | $300.00 |
| | | 4437827726 | 07/11/11 105 | | 2,454.12 | |

| | | EXHIBIT C | | |
|---|---|---|---|---|
| Page 5 | | ANALYSIS OF CLAIMS REGISTER | | Date: January 23, 2012 |

Case Number: 11-11634
Debtor Name: GEIGER, GENE C
Claims Bar Date: 08/19/11

Claim Class Sequence

| Code # | Creditor Name & Address | Claim Class | Notes | | Amount Allowed | | Paid to Date | Claim Balance |
|---|---|---|---|---|---|---|---|---|
| 4<br>100<br>0100 | CASTLE STAWIARSKI, LLC | Secured<br>PAYMENT TO LIENHOLDER<br>First Mortgage on Property Sold on 5/31/11 - Court Order dated 5/31/11 | | | $1,347,837.26 | | $1,347,837.26 | $0.00 |
| | | | | 4437827726 | 06/01/11 | 10 | 1,347,837.26 | |
| 5<br>050<br>4700-00 | DOUGLAS COUNTY TREASURER | Secured<br>REAL ESTATE TAXES<br>Real Estate Taxes on property sold on 5/31/11 | | | $13,106.94 | | $13,106.94 | $0.00 |
| | | | | 4437827726 | 06/01/11 | 15 | 13,106.94 | |
| | Case Totals: | | | | $6,745,362.33 | | $2,052,743.71 | $4,692,618.62 |

Code #: Trustee's Claim Number, Priority Code, Claim Type

TRUSTEE'S PROPOSED DISTRIBUTION

Exhibit D

Case No.: 11-11634 EEB
Case Name: GEIGER, GENE C
Trustee Name: Jeffrey A. Weinman

| | Balance on hand | | $ | 1,153,918.37 |

Claims of secured creditors will be paid as follows:

| Claim No. | Claimant | Claim Asserted | Allowed Amount of Claim | Interim Payment to Date | Proposed Payment |
|---|---|---|---|---|---|
| 1 | EVANS RANCH OWNER'S ASSOCIATION C/O CANDA HANSEN, TREASURER 10545 REMMICK RIDGE ROAD PARKER, CO 80134 | $ 2,754.12 | $ 2,754.12 | $ 2,454.12 | $ 300.00 |
| 4 | CASTLE STAWIARSKI, LLC | $ 1,347,837.26 | $ 1,347,837.26 | $ 1,347,837.26 | $ 0.00 |
| 5 | DOUGLAS COUNTY TREASURER | $ 13,106.94 | $ 13,106.94 | $ 13,106.94 | $ 0.00 |

| Total to be paid to secured creditors | $ 300.00 |
| Remaining Balance | $ 1,153,618.37 |

Applications for chapter 7 fees and administrative expenses have been filed as follows:

| Reason/Applicant | Total Requested | Interim Payments to Date | Proposed Payment |
|---|---|---|---|
| Trustee Fees: Jeffrey A. Weinman | $ 119,450.15 | $ 0.00 | $ 119,450.15 |
| Trustee Expenses: Jeffrey A. Weinman | $ 390.48 | $ 0.00 | $ 390.48 |

| Reason/Applicant | Total Requested | Interim Payments to Date | Proposed Payment |
|---|---|---|---|
| Attorney for Trustee Fees: ALLEN & VELLONE, P.C. | $ 509,854.30 | $ 500,000.00 | $ 9,854.30 |
| Accountant for Trustee Fees: JEFFREY A. PARRIS, CPA | $ 875.00 | $ 875.00 | $ 0.00 |
| Accountant for Trustee Expenses: JEFFREY A. PARRIS, CPA | $ 100.00 | $ 100.00 | $ 0.00 |
| Other: AMERICAN TITLE INSURANCE CO. | $ 6,860.00 | $ 6,860.00 | $ 0.00 |
| Other: DOUGLAS COUNTY TREASURER | $ 1,530.00 | $ 0.00 | $ 1,530.00 |
| Other: U.S. Marshal Service | $ 1,351.40 | $ 1,351.40 | $ 0.00 |
| Other: Connie Van Diest | $ 10,048.50 | $ 0.00 | $ 10,048.50 |
| Other: Allen & Vellone, P.C. | $ 21,000.00 | $ 21,000.00 | $ 0.00 |
| Other: REBECCA HITE | $ 73,200.00 | $ 73,200.00 | $ 0.00 |
| Other: WEICHERT REALTOR UNIQUE HOMES | $ 85,400.00 | $ 85,400.00 | $ 0.00 |
| Other: COLORADO DEPARTMENT OF REVENUE | $ 6,273.00 | $ 0.00 | $ 6,273.00 |
| Other: INTERNATIONAL SURETIES, LTD | $ 558.99 | $ 558.99 | $ 0.00 |
| Other: KUTNER MILLER BRINEN, P.C. | $ 9,390.45 | $ 0.00 | $ 9,390.45 |

Total to be paid for chapter 7 administrative expenses    $ 156,936.88

Remaining Balance    $ 996,681.49

Applications for prior chapter fees and administrative expenses have been filed as follows:

NONE

In addition to the expenses of administration listed above as may be allowed by the Court, priority claims totaling $ 30,740.47 must be paid in advance of any dividend to general (unsecured) creditors.

Allowed priority claims are:

| Claim No. | Claimant | Allowed Amount of Claim | Interim Payments to Date | Proposed Payment |
|---|---|---|---|---|
| 000009A | Internal Revenue Service<br>P.O. Box 7346<br>Philadelphia, PA 19101-7346 | $ 2,475.52 | $ 0.00 | $ 2,475.52 |
| 000024 | Connie Van Diest<br>c/o Sonja Ann Becker, P.C.<br>1026 Deer Clover Way<br>Castle Rock, CO 80108 | $ 28,264.95 | $ 0.00 | $ 28,264.95 |

    Total to be paid to priority creditors      $ 30,740.47

    Remaining Balance      $ 965,941.02

The actual distribution to wage claimants included above, if any, will be the proposed payment less applicable withholding taxes (which will be remitted to the appropriate taxing authorities).

Timely claims of general (unsecured) creditors totaling $ 3,575,994.99 have been allowed and will be paid *pro rata* only after all allowed administrative and priority claims have been paid in full. The timely allowed general (unsecured) dividend is anticipated to be 27.0 percent, plus interest (if applicable).

Timely allowed general (unsecured) claims are as follows:

| Claim No. | Claimant | Allowed Amount of Claim | Interim Payments to Date | Proposed Payment |
|---|---|---|---|---|
| 000001 | Rick Landon<br>600 Sundance Place<br>Castle Rock, CO 80108 | $ 138,268.88 | $ 0.00 | $ 37,348.93 |
| 000002 | DC Builders, LLC<br>600 Sundance Place<br>Castle Rock, CO 80108 | $ 12,432.34 | $ 0.00 | $ 3,358.20 |

| Claim No. | Claimant | Allowed Amount of Claim | Interim Payments to Date | Proposed Payment |
|---|---|---|---|---|
| 000003 | Castel Builders<br>600 Sundance Place<br>Castle Rock, CO 80108 | $ 55,348.31 | $ 0.00 | $ 14,950.58 |
| 000004 | Colorado Department of Revenue<br>1375 Sherman Room 504<br>Denver, CO 80261 | $ 49,040.45 | $ 0.00 | $ 13,246.71 |
| 000005 | CANDICA, L.L.C.<br>C O WEINSTEIN AND RILEY, PS<br>2001 WESTERN AVENUE, STE 400<br>SEATTLE, WA 98121 | $ 9,794.97 | $ 0.00 | $ 2,645.80 |
| 000006 | Wells Fargo<br>c/o David N Franklin, Esq.<br>Charles B Darrah & Associates<br>99 Inca St<br>Denver, CO 80223 | $ 7,803.00 | $ 0.00 | $ 2,107.73 |
| 000007 | Wells Fargo<br>c/o David N Franklin, Esq.<br>Charles B Darrah & Associates<br>99 Inca St<br>Denver, CO 80223 | $ 34,767.15 | $ 0.00 | $ 9,391.24 |
| 000008 | RJM Acquisitions LLC<br>575 Underhill Blvd Suite 224<br>Syosset, NY 11791-3416 | $ 2,460.42 | $ 0.00 | $ 664.60 |
| 000009B | Internal Revenue Service<br>P.O. Box 7346<br>Philadelphia, PA 19101-7346 | $ 155,273.50 | $ 0.00 | $ 41,942.19 |
| 000010 | Asset Accept. LLC<br>P.O. Box 2036<br>Warren, MI 48090-2036 | $ 29,354.15 | $ 0.00 | $ 7,929.09 |

| Claim No. | Claimant | Allowed Amount of Claim | Interim Payments to Date | Proposed Payment |
|---|---|---:|---:|---:|
| 000011 | Connie Van Diest<br>c/o Sonja Ann Becker, P.C.<br>1026 Deer Clover Way<br>Castle Rock, CO 80108 | $ 0.00 | $ 0.00 | $ 0.00 |
| 000012 | Control Tech USA, Inc.<br>P.O. Box 2350<br>Parker, CO 80134 | $ 44,718.03 | $ 0.00 | $ 12,079.15 |
| 000013 | Margaret Smith<br>8186 S. Tempe Ct.<br>Aurora, CO 80016 | $ 74,846.58 | $ 0.00 | $ 20,217.42 |
| 000014 | SEC<br>1801 California Street<br>#1500<br>Denver, CO 80202 | $ 2,753,638.40 | $ 0.00 | $ 743,807.61 |
| 000015 | Capital Recovery III LLC<br>c/o Recovery Management<br>Systems Corporat<br>25 SE 2nd Avenue Suite 1120<br>Miami FL 33131-1605 | $ 10,493.75 | $ 0.00 | $ 2,834.55 |
| 000016 | Capital Recovery III LLC<br>c/o Recovery Management<br>Systems Corporat<br>25 SE 2nd Avenue Suite 1120<br>Miami FL 33131-1605 | $ 31,940.94 | $ 0.00 | $ 8,627.83 |
| 000017 | LTD Acquisition LLC<br>7322 SW Freeway #1600<br>Houston, TX 77074 | $ 27,216.82 | $ 0.00 | $ 7,351.75 |
| 000018 | Gerald Picerne<br>3531 S Logan St #D411<br>Englewood, CO 80113 | $ 19,368.34 | $ 0.00 | $ 5,231.74 |
| 000019 | American Express Bank, FSB<br>c o Becket and Lee LLP<br>POB 3001<br>Malvern, PA 19355-0701 | $ 24,116.23 | $ 0.00 | $ 6,514.23 |

| Claim No. | Claimant | Allowed Amount of Claim | Interim Payments to Date | Proposed Payment |
|---|---|---|---|---|
| 000020 | Nanci Avitable, Ph.D.<br>3615 S Tamarac Dr #130<br>Denver, CO 80237 | $ 320.00 | $ 0.00 | $ 86.44 |
| 000021 | Dennis Lacerte<br>12605 E Euclid Dr<br>Centennial, CO 80111 | $ 19,792.73 | $ 0.00 | $ 5,346.37 |
| 000022 | Connie Van Diest<br>c/o Sonja Ann Becker, P.C.<br>1026 Deer Clover Way<br>Castle Rock, CO 80108 | $ 0.00 | $ 0.00 | $ 0.00 |
| 000023 | Connie Van Diest<br>c/o Sonja Ann Becker, P.C.<br>1026 Deer Clover Way<br>Castle Rock, CO 80108 | $ 75,000.00 | $ 0.00 | $ 20,258.86 |

Total to be paid to timely general unsecured creditors    $   965,941.02

Remaining Balance    $   0.00

Tardily filed claims of general (unsecured) creditors totaling $ 0.00 have been allowed and will be paid *pro rata* only after all allowed administrative, priority and timely filed general (unsecured) claims have been paid in full. The tardily filed claim dividend is anticipated to be 0.0 percent.

Tardily filed general (unsecured) claims are as follows:

NONE

Subordinated unsecured claims for fines, penalties, forfeitures, or damages and claims ordered subordinated by the Court totaling $ 48,486.91 have been allowed and will be paid *pro rata* only after all allowed administrative, priority and general (unsecured) claims have been paid in full. The dividend for subordinated unsecured claims is anticipated to be 0.0 percent.

Subordinated unsecured claims for fines, penalties, forfeitures or damages and claims ordered subordinated by the Court are as follows:

UST Form 101-7-TFR (5/1/2011) (Page: 17)

| Claim No. | Claimant | Allowed Amount of Claim | Interim Payments to Date | Proposed Payment |
|---|---|---|---|---|
| 9C | Internal Revenue Service P.O. Box 7346 Philadelphia, PA 19101-7346 | $ 48,486.91 | $ 0.00 | $ 0.00 |
| | Total to be paid to subordinated unsecured creditors | | | $ 0.00 |
| | Remaining Balance | | | $ 0.00 |